UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Robert D. McLaurin            Docket No. 5:13-MJ-1987-1

**Petition for Action on Probation**

       COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Robert D. McLaurin, who, upon an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Marijuana, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 9, 2014, to 12 months probation under the conditions adopted by the court.

       **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** When the defendant was sentenced, the court informed the probation officer and the defendant that if he was otherwise compliant with the terms of probation, the court would consider remitting the remaining fine balance at the expiration. During the term of probation, the defendant has received no new charges and has tested negative for illicit drug use. Also, he has paid the $25 special assessment and $375 toward the fine balance. The term of probation is due to expire on April 8, 2015. At this time, we are recommending that the remaining fine balance of $625 be remitted as stated at sentencing.

       **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

       The remaining fine balance of $625 be remitted.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: March 30, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __30th__ day of ____March____, 2015 and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge